# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JOSEPH A. RODRIGUEZ,

    Plaintiff,

v.                                    Case No. 5:25-cv-488-RBD-PRL

TRULIEVE, INC.,

    Defendant,

## ORDER

This matter is before the Court upon review of the file. On August 12, 2025, this Court entered its standard Initial Order. (Doc. 5.) Among other things, the Order states that the parties are directed to comply with Local Rule 3.02 by utilizing the Uniform Case Management Report form. Local Rule 3.02(b) states that the parties must file a Case Management Report within forty days after any defendant appears in an action originating in this court, within forty days after the docketing of an action removed or transferred to this court, or within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. To date, the parties have failed to file a joint Case Management Report as required.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before **October 7, 2025,** the parties are **DIRECTED** to file a joint Case Management Report to comply with the Court's Order.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 23, 2025.

ROY B. DALTON, JR.
United States District Judge