**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JOSEPH A. RODRIGUEZ,

      Plaintiff,

v.                                                                  Case No. 5:25-cv-488-RBD-PRL

TRULIEVE, INC.,

      Defendant.

_____

## **ORDER**

In this Fair Labor Standards Act case, the parties moved for approval of their settlement agreement (Doc. 23-1 ("Agreement")). (Doc. 23 ("Motion").) On referral, U.S. Magistrate Judge Philip R. Lammens entered a Report and Recommendation stating that the Court should grant the Motion. (Doc. 24 ("R&R").) The parties jointly filed a Notice of Non-Objection (Doc. 25), so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.      The R&R (Doc. 24) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.      The Motion (Doc. 23) is **GRANTED**.

3.      The Agreement (Doc. 23-1) is **APPROVED** as fair and reasonable.

4.      This case is **DISMISSED WITH PREJUDICE**. The Court declines to retain jurisdiction to enforce the terms of the Agreement.

5.      The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 23, 2026.

ROY B. DALTON, JR.
United States District Judge

2